

# Clovis Police Department

**300 North Connelly St   CLOVIS, NM 88101   (575) 769-1921**



**Incident#: 15-06600**

| STATION COMPLAINT UCR/Offense Code | | | INCIDENT # |
|---|---|---|---|
| 13A (Battery, Aggravated (Felony)) | | | 15-06600 |

| REPORT TYPE | RELATED CAD # | DESCRIPTION |
|---|---|---|
| Criminal Incident Report | C15-048619 | Public Affray in Progress |

| DOT # | LOCATION OF OFFENSE (HOUSE NO., STREET NAME) |
|---|---|
| | 700 KATHIE   CLOVIS, NM  88101 |

| HOW RECEIVED | WHEN REPORTED | TIME OF OCCURRENCE | STATUS CODE | STATUS DATE |
|---|---|---|---|---|
| Radio | 11/01/2015 02:16 | 11/01/2015 01:30 – 11/01/2015 02:16 | Cleared by Arrest | 11/01/2015 |

## INVOLVED ENTITIES

| NAME | | DOB | AGE | ADDRESS | | |
|---|---|---|---|---|---|---|
| Lodge, Seibenthauler | | 01/18/1983 | 32 | | | |
| **SEX** | **RACE** | **HGT** | **WGT** | **HAIR** | **EYES** | **PHONE** |
| M | Black, African American | | | | | (209) 235-8826 |
| **SID #** | **DL #** | **IR #** | **DL State** | **FBI #** | | **ALT PHONE** |
| | 054069892 | | GA | | | |
| **CLOTHING** | | | | **Handcuff Double Locked** | **Prints Taken** | **Criminal History** |
| | | | | Yes | No | No |

| UCR | TYPE | RELATED EVENT # |
|---|---|---|
| 13A Battery, Aggravated (Misd), 30-3-5B - 1count(s) | Offender/Arrested | |

| NAME | | DOB | AGE | ADDRESS | | |
|---|---|---|---|---|---|---|
| Hernandez, Ambree | | 02/09/1984 | 31 | 3801 E 21st  Clovis, NM 88101 | | |
| **SEX** | **RACE** | **HGT** | **WGT** | **HAIR** | **EYES** | **PHONE** |
| F | White, Caucasian | 5' 6" | 185 | Brown | BLUE | (575) 714-9006 |
| **SID #** | **DL #** | **IR #** | **DL State** | **FBI #** | | **ALT PHONE** |
| | 123901657 | | NM | | | |
| **CLOTHING** | | | | **Handcuff Double Locked** | **Prints Taken** | **Criminal History** |
| | | | | | | |

| UCR | TYPE | RELATED EVENT # |
|---|---|---|
| 13A Battery, Aggravated (Misd), 30-3-5B - 1count(s) | Victim | |

## INVOLVED PROPERTY

| PROPERTY # | RECOVERED BY | BRAND / MODEL / SERIAL NUMBER | QUANTITY |
|---|---|---|---|
| P15-06600-1 | | | |
| **TYPE** | **Status** | **DESCRIPTION OF PROPERTY** | **PROPERTY VALUE** |
| DIGITAL VIDEO | Evidence | Bodycam video from on scene. | |
| **PROPERTY #** | **RECOVERED BY** | **BRAND / MODEL / SERIAL NUMBER** | **QUANTITY** |
| P15-06600-2 | | | 2.0000 |
| **TYPE** | **Status** | **DESCRIPTION OF PROPERTY** | **PROPERTY VALUE** |
| DIGITAL AUDIO | Evidence | Two recordings of my interview with Mr. Seibenthauler Lodge at PRMC. | |
| **PROPERTY #** | **RECOVERED BY** | **BRAND / MODEL / SERIAL NUMBER** | **QUANTITY** |
| P15-06600-3 | | | 24.0000 |
| **TYPE** | **Status** | **DESCRIPTION OF PROPERTY** | **PROPERTY VALUE** |
| DIGITAL PHOTOGRAPHS | Evidence | Photos of Mr. Seibenthauler Lodge's injuries as well as the blood on his clothing. | |
| **PROPERTY #** | **RECOVERED BY** | **BRAND / MODEL / SERIAL NUMBER** | **QUANTITY** |
| P15-06600-4 | | | 9.0000 |
| **TYPE** | **Status** | **DESCRIPTION OF PROPERTY** | **PROPERTY VALUE** |
| DIGITAL PHOTOGRAPHS | Evidence | 9- photographs of victim from ER | |



EXHIBIT
A




# Clovis Police Department

### 300 North Connelly St   CLOVIS, NM 88101   (575) 769-1921

**Incident#: 15-06600**

| STATION COMPLAINT UCR/Offense Code | | | | INCIDENT # |
|---|---|---|---|---|
| 13A (Battery, Aggravated (Felony)) | | | | 15-06600 |

| REPORT TYPE | RELATED CAD # | | DESCRIPTION | |
|---|---|---|---|---|
| Criminal Incident Report | C15-048619 | | Public Affray in Progress | |

| DOT # | LOCATION OF OFFENSE (HOUSE NO., STREET NAME) | | | |
|---|---|---|---|---|
| | 700 KATHIE   CLOVIS, NM 88101 | | | |

| HOW RECEIVED | WHEN REPORTED | TIME OF OCCURRENCE | STATUS CODE | STATUS DATE |
|---|---|---|---|---|
| Radio | 11/01/2015 02:16 | 11/01/2015 01:30 – 11/01/2015 02:16 | Cleared by Arrest | 11/01/2015 |

## NARRATIVES

### PRIMARY NARRATIVE

On 11/01/15 at approximately 0216 hours I responded to the 700 block of Kathy Drive for a public affray in progress call. Upon my arrival into the area I saw a male subject dressed in a white and black stripped jail costume. The male was later identified as Seibenthauler Lodge. I also saw another female following him. The female was later identified as Ambree Hernandez. Ambree was covered in blood. She had blood on her hands, arms, feet, and her upper torso and all over her face.

I exited my marked police unit and told both subjects to stop moving. The male subject immediately turned around and faced away from me and put his hands in the air. Ambree continued walking towards me saying that this man had hit her. I told Mr. Lodge to place his hands behind his back and he was going to be detained. Lodge placed his hands behind his back and I applied handcuffs to both wrists. I checked them for tightness and double locked them. I asked Mr. Lodge to have a seat on the sidewalk while I spoke with Ambree and made sure she was okay.

Ambree was crying and holding onto her face. I asked Ambree what had happened and she again told me that Mr. Lodge had punched her in the face with his fist. I notified dispatch I needed EMS to come and check on Ambree due to the amount of blood that was coming out of her nose. EMS arrived on scene and tended to Ambree.

I made contact with Mr. Lodge and asked him if he wanted to tell me what had been going on. Mr. Lodge told me he did not wish to speak to me and that he wanted his lawyer. I told Mr. Lodge if he did not want to speak to me that was okay. He again said he did not want to be disrespectful but he wanted his lawyer before he said anything to me. I told Mr. Lodge that would be okay and that he would have to hang tight while I found out the rest of the circumstances.

I got into the ambulance where Ambree was being checked out by the EMS crew. EMS told me Ambree did need some stitches in her nose but refused to go to the hospital. I asked Ambree why she did not want to go to the hospital and she said because she could not afford it because she does not have medical insurance at the time. I asked Ambree if I could get video of her nose and she told me that would be fine.

I observed an abrasion approximately one inch in length on the bridge of Ambree's nose. Ambree's right eye was also swollen and beginning to bruise. Ambree's nose was still bleeding at the time and did not stop for the entire period that I was speaking with her.
 Ambree got out of the ambulance and began asking me some questions about what was going to happen. I told Ambree that Mr. Lodge was going to be placed under arrest for battery and he was going to be taken to jail. Ambree continued to hold her nose as it was still profusely bleeding. I told Ambree at this time she was free to go so she could clean up all the blood that was on her. Ambree walked back to the residence in the 700 block of Kathy that she was




# Clovis Police Department

**300 North Connelly St   CLOVIS, NM 88101   (575) 769-1921**

Incident#: 15-06600

| STATION COMPLAINT UCR/Offense Code | | | INCIDENT # |
|---|---|---|---|
| 13A (Battery, Aggravated (Felony)) | | | 15-06600 |

| REPORT TYPE | RELATED CAD # | DESCRIPTION |
|---|---|---|
| Criminal Incident Report | C15-048619 | Public Affray in Progress |

| DOT # | LOCATION OF OFFENSE (HOUSE NO., STREET NAME) |
|---|---|
| | 700 KATHIE    CLOVIS, NM  88101 |

| HOW RECEIVED | WHEN REPORTED | TIME OF OCCURRENCE | STATUS CODE | STATUS DATE |
|---|---|---|---|---|
| Radio | 11/01/2015 02:16 | 11/01/2015 01:30 – 11/01/2015 02:16 | Cleared by Arrest | 11/01/2015 |

at.

I went back to Mr. Lodge and told him he was going to be placed under arrest for aggravated battery.  Mr. Lodge said that was fine but he still did not wish to talk.  I escorted Mr. Lodge to the backseat of my marked police unit and checked the backseat both before and after transport for contraband with none found.  I asked Mr. Lodge to have a seat which he did.  I transported Mr. Lodge to ADC where he was booked on the aggravated battery charge.

Case status:  Cleared by arrest

| REPORTING OFFICER | UNIT # | SUPERVISOR | UNIT # |
|---|---|---|---|
| Stacy, Brice | 180 | Borders, Stephen | 66 |



# Clovis Police Department

**300 North Connelly St    CLOVIS, NM 88101    (575) 769-1921**



**Incident#: 15-06600**

| STATION COMPLAINT UCR/Offense Code | | | | INCIDENT # |
|---|---|---|---|---|
| 13A (Battery, Aggravated (Felony)) | | | | 15-06600 |

| REPORT TYPE | RELATED CAD # | | DESCRIPTION | |
|---|---|---|---|---|
| Criminal Incident Report | C15-048619 | | Public Affray in Progress | |

| DOT # | LOCATION OF OFFENSE (HOUSE NO., STREET NAME) | | | |
|---|---|---|---|---|
| | 700 KATHIE    CLOVIS, NM  88101 | | | |

| HOW RECEIVED | WHEN REPORTED | TIME OF OCCURRENCE | STATUS CODE | STATUS DATE |
|---|---|---|---|---|
| Radio | 11/01/2015 02:16 | 11/01/2015 01:30 - 11/01/2015 02:16 | Cleared by Arrest | 11/01/2015 |

**SUPPLEMENTAL NARRATIVE**    TYPE: Incident

On 11/01/2015 at approximately 0120 hours I responded to the 800 block of West Kathy in reference to a public affray in progress.  Upon arrival I noticed numerous officers including Sgt. Stephen Borders had already arrived on scene.  I remained on scene as support pertaining to my job function as Police K-9.

While on scene I walked up to the address of 813 W. Kathy where I observed Officer Chris Caron talking to the primary resident.  While Officer Caron was speaking to the primary resident I listened in to the conversation and the primary resident informed me while he was inside a large fight had broken out in the driveway of his residence.  I had prior knowledge there was a female on scene with a bloody nose and I had prior knowledge Officer Bryce Stacy and Sgt. Stephen Borders had a male subject and a female subject detained east of 813 Kathy.  As I walked about the driveway I noticed large drops of blood as well as splatter spots of blood all over the concrete.

I made contact with a male and female subject who identified themselves as the battered female's sister and brother-in-law and I asked them to explain to me what had happened.  Officer Caron was present during this questioning and the subjects informed me there was a female at the party who was dancing risque on a male subject. The female ended up getting into a verbal altercation and a large fight broke out causing a male subject in a pink uniform costume to strike the battery victim in the face.

EMS responded to the scene to assess injuries of the female who had been punched in the face.

I did not cooperate in any further investigative effort during this incident.  All investigative efforts were handled by Sgt. Borders and the case agent identified as Bryce Stacy.

Case status:  Cleared by arrest

| REPORTING OFFICER | DATE | TIME | SUPERVISOR | SECURE | JUVENILE |
|---|---|---|---|---|---|
| Aguilar, Brent | 11/01/2015 | 00:00 | Borders, Stephen | No | |



# Clovis Police Department

### 300 North Connelly St    CLOVIS, NM 88101    (575) 769-1921



Incident#: 15-06600

| STATION COMPLAINT UCR/Offense Code | | | INCIDENT # |
|---|---|---|---|
| 13A (Battery, Aggravated (Felony)) | | | 15-06600 |

| REPORT TYPE | RELATED CAD # | DESCRIPTION | |
|---|---|---|---|
| Criminal Incident Report | C15-048619 | Public Affray in Progress | |

| DOT # | LOCATION OF OFFENSE (HOUSE NO., STREET NAME) | | |
|---|---|---|---|
| | 700 KATHIE    CLOVIS, NM 88101 | | |

| HOW RECEIVED | WHEN REPORTED | TIME OF OCCURRENCE | STATUS CODE | STATUS DATE |
|---|---|---|---|---|
| Radio | 11/01/2015 02:16 | 11/01/2015 01:30 - 11/01/2015 02:16 | Cleared by Arrest | 11/01/2015 |

| SUPPLEMENTAL NARRATIVE | TYPE: Incident |
|---|---|

On November 1, 2015, at approximately 0330 hours, I, Officer Christian Townsend of the Clovis Police Department, was dispatched to the Curry County Adult Detention Center. With me was my Field Training Officer, Officer Amanda Boren. I was dispatched there to take custody of a prisoner who Officer Brice Stacy had arrested. The prisoner, later identified as Seibenthauler Lodge (Staff Sergeant, U.S. Air Force), had an injury on his hand and needed to be taken to Plains Regional Medical Center.

When I arrived and took custody of Mr. Lodge, I asked him if he was suffering from any other injuries other than the one on his hand. He stated his left ankle was bothering him. I then transported Mr. Lodge without incident to Plains Regional Medical Center (PRMC).

Once at PRMC I escorted Mr. Lodge to a room in the Emergency Room where a nurse could examine him. While the nurse examined Mr. Lodge I observed he had a laceration to the palm of his left hand, an abrasion and swelling on his left ankle, abrasions on the back of his right hand, bleeding from his right nostril, and swelling above his right cheekbone. In addition to these injuries, Mr. Lodge had blood all over his clothing. I took photographs of the blood on his clothes and his injuries.

After the nurse completed his initial examination, I asked Mr. Lodge if he had been advised of his rights. He stated he had not. I then informed Mr. Lodge of his Miranda rights and asked him if he understood those rights. He said that he did.

When I asked about what had occurred, Mr. Lodge stated he was "preventing somebody from attacking somebody", then he had tried to "subdue somebody" and fallen backward, pulling that individual with him. He told me he thought he may have sustained the injuries to his hand doing so.

I asked Mr. Lodge more questions about what occurred. Mr. Lodge informed me he and his wife had gone to a party. He stated he knew everyone at the party, but he later contradicted this statement by telling me he had noticed some strangers at the party. Mr. Lodge stated that he had been talking to a coworker when a woman started "wigging out". Mr. Lodge told me that he had tried to calm her down, but that she started to attack others. Mr. Lodge told me he remembered seeing his wife lying on the floor, and it looked like someone was trying to hurt her. Mr. Lodge told me he had grabbed an "aggressor" who was going after his wife. I asked Mr. Lodge who this aggressor was, and he told me he did not know. I asked Mr. Lodge if this aggressor was man or a woman, and he told me they were a woman.

Mr. Lodge stated that after he went after the woman, a man identified himself as the woman's husband and began to yell at him. Mr. Lodge told me that he had tried to calm the man down, but he believes the man may have struck him in the face. At that point, Mr. Lodge told me that he did not want to make any further statements without an attorney present. I then terminated the interview.

Mr. Lodge later stated that when he tried remembering what occurred, it is not a coherent memory. Mr. Lodge stated that it seems like a slideshow, with single moments popping into his mind. I asked Mr. Lodge if he had been drinking that evening, and reminded him he still did not have to answer any questions he did not want to. Mr. Lodge declined to answer my question.

Once Mr. Lodge was cleared by staff at PRMC Officer Caron arrived and took custody of him to transport him to the



# Clovis Police Department

**300 North Connelly St    CLOVIS, NM 88101    (575) 769-1921**



**Incident#: 15-06600**

| STATION COMPLAINT UCR/Offense Code | | INCIDENT # |
|---|---|---|
| 13A (Battery, Aggravated (Felony)) | | 15-06600 |

| REPORT TYPE | RELATED CAD # | DESCRIPTION |
|---|---|---|
| Criminal Incident Report | C15-048619 | Public Affray in Progress |

| DOT # | LOCATION OF OFFENSE (HOUSE NO., STREET NAME) |
|---|---|
| | 700 KATHIE    CLOVIS, NM  88101 |

| HOW RECEIVED | WHEN REPORTED | TIME OF OCCURRENCE | STATUS CODE | STATUS DATE |
|---|---|---|---|---|
| Radio | 11/01/2015 02:16 | 11/01/2015 01:30 - 11/01/2015 02:16 | Cleared by Arrest | 11/01/2015 |

Curry County Adult Detention Center.
END REPORT

| REPORTING OFFICER | DATE | TIME | SUPERVISOR | SECURE | JUVENILE |
|---|---|---|---|---|---|
| Townsend, Christian | 11/01/2015 | 08:00 | Borders, Stephen | No | No |

 

# Clovis Police Department

**300 North Connelly St    CLOVIS, NM 88101    (575) 769-1921**


**Incident#: 15-06600**

| STATION COMPLAINT UCR/Offense Code | | INCIDENT # |
|---|---|---|
| 13A (Battery, Aggravated (Felony)) | | 15-06600 |

| REPORT TYPE | RELATED CAD # | DESCRIPTION |
|---|---|---|
| Criminal Incident Report | C15-048619 | Public Affray in Progress |

| DOT # | LOCATION OF OFFENSE (HOUSE NO., STREET NAME) |
|---|---|
| | 700 KATHIE    CLOVIS, NM  88101 |

| HOW RECEIVED | WHEN REPORTED | TIME OF OCCURRENCE | STATUS CODE | STATUS DATE |
|---|---|---|---|---|
| Radio | 11/01/2015 02:16 | 11/01/2015 01:30 – 11/01/2015 02:16 | Cleared by Arrest | 11/01/2015 |

| SUPPLEMENTAL NARRATIVE | TYPE: Incident |
|---|---|

INCIDENT# 6600- Public affray.  At approximately 0330 hours, units were called for the second time to the area of 700 West Kathie.  The first time a person was cited for loud music at a large party.  This time it was also noted there was a fight in the street of the same area.  30 year old female Ambrey Hernandez was punched in the face several times by 31 year old Seibenthauler (male) and was arrested for Aggravated Battery. The parties were involved in an argument at the job at Cannon AFB this week.  Hernandez had a noticeable 1 inch cut along the bridge of her nose and complained of something in her right eye along with blood all over her face, neck and torso.  She was seen and released by the ambulance crew and they and I tried to talk her into going to the Hospital to get checked out but refused several times. While dealing with the gunshot victim Hernandez showed up at the hospital with complaint of not being able to see out of the same right eye and was subsequently flown to Lubbock for possible neurological problems.  The first time I spoke to Hernandez she was sitting in the back of Officer Stacy's unit with blood dripping from her nose.  I asked her who hurt her and she stated Seibenshauler who was sitting on the curb wearing a halloween costume resembling the Hamburgler from the MacDonalds franchise TV commercials.  At this time the ambulance arrived and she was seen by the crew.  I went back to her approximately 15 minutes later and asked her again if she knew who struck her and again she told me Seibenthauler and he hit her twice in the face (nose) and she then saw stars.  She stated she works with his wife out at the base.  Due to the injuries I instructed Officer Stacy to place Seibenthauler under arrest for Aggravated Battery.  Shortly thereafter I cleared from this call.  Audio has been placed into DIMS.

| REPORTING OFFICER | DATE | TIME | SUPERVISOR | SECURE | JUVENILE |
|---|---|---|---|---|---|
| Borders, Stephen | 11/01/2015 | 09:57 | Gurule, James | No | |




# Clovis Police Department

**300 North Connelly St   CLOVIS, NM 88101   (575) 769-1921**

Incident#: 15-06600

| STATION COMPLAINT UCR/Offense Code | | | | INCIDENT # |
|---|---|---|---|---|
| 13A (Battery, Aggravated (Felony)) | | | | 15-06600 |

| REPORT TYPE | RELATED CAD # | DESCRIPTION | |
|---|---|---|---|
| Criminal Incident Report | C15-048619 | Public Affray in Progress | |

| DOT # | LOCATION OF OFFENSE (HOUSE NO., STREET NAME) | | |
|---|---|---|---|
| | 700 KATHIE   CLOVIS, NM 88101 | | |

| HOW RECEIVED | WHEN REPORTED | TIME OF OCCURRENCE | STATUS CODE | STATUS DATE |
|---|---|---|---|---|
| Radio | 11/01/2015 02:16 | 11/01/2015 01:30 - 11/01/2015 02:16 | Cleared by Arrest | 11/01/2015 |

| SUPPLEMENTAL NARRATIVE | TYPE: Incident |
|---|---|

On 11/01/2015 at approximately 0216 hours I was dispatched to 700 Kathie in reference to a public affray. When I arrived on scene Officer Stacy and Officer Caron were already on scene. Officer Caron was out with the suspect whenever I heard on the radio Officer Caron needed assistance.

I went to 700 Kathie. I went inside and met up with Officer Caron who was talking to a male subject. Whenever I got there Officer Caron said everything was Code 4. I stood by as a backup officer. I didn't really talk to anyone or interview anyone.  Officer Caron and Officer Stacy did most of the communication with the people who were involved.

I did notice a pool of blood in between vehicles in the driveway and also noticed a female had been injured in the incident. I'm unaware of the suspects half of the story. I did overhear Caron talking to the female. The female's sister who stated a male subject punched her sister and I also overheard individual stating every female that was at the party got into a fight and the male half got made because she was hitting his wife so he punched her in the face to stop her.

That is my involvement in this incident.

Case status:  Cleared by arrest

| REPORTING OFFICER | DATE | TIME | SUPERVISOR | SECURE | JUVENILE |
|---|---|---|---|---|---|
| Osborn, Douglas | 12/11/2015 | 21:40 | Borders, Stephen | No | No |




# Clovis Police Department

### 300 North Connelly St   CLOVIS, NM 88101   (575) 769-1921

**Incident#: 15-06600**

| STATION COMPLAINT UCR/Offense Code | | | INCIDENT # |
|---|---|---|---|
| 13A (Battery, Aggravated (Felony)) | | | 15-06600 |

| REPORT TYPE | RELATED CAD # | | DESCRIPTION |
|---|---|---|---|
| Criminal Incident Report | C15-048619 | | Public Affray in Progress |

| DOT # | LOCATION OF OFFENSE (HOUSE NO., STREET NAME) | | |
|---|---|---|---|
| | 700 KATHIE   CLOVIS, NM  88101 | | |

| HOW RECEIVED | WHEN REPORTED | TIME OF OCCURRENCE | STATUS CODE | STATUS DATE |
|---|---|---|---|---|
| Radio | 11/01/2015 02:16 | 11/01/2015 01:30 - 11/01/2015 02:16 | Cleared by Arrest | 11/01/2015 |

| SUPPLEMENTAL NARRATIVE | TYPE: Incident |
|---|---|

On November 1st 2015 I was dispatched to the 700 block of Kathie st in reference to a public affray. While en route dispatch gave information over the radio a fight was going on on the 700 block of Kathie. Upon arrival I observed a male and female sitting on the ground next to each other, about 10 ft away was another female sitting on the ground. I heard multiple people yelling down the street. As I approached them, they stated someone was injured inside the residence. I made contact with a male, who I identified as Trevor Katrel. Trevor stated he was the owner of the residence. I asked Trevor if I could go inside and make sure no one was injured. Trevor let me into the residence and myself and Officer Osborn cleared the residence and no one was injured.

I asked Trevor if he witnessed a fight. He stated he broke up a fight, which occurred prior to my arrival. I asked him who all was involved in the fight and he stated multiple females. Trevor pointed outside at a female who was later identified as London Homas and stated she was the person who started the fight.

I made contact with London and asked her what happened. London stated she came to the residence to pick up her sister and she began playing beer pong with her sister and her friends. London stated when it was time to go she was walking out to her car and her sister Ambree approached her and stated a male in a unicorn outfit punched her in the face. Ambree had a bloody nose at the time and was being checked on by EMS.

After speaking with London I made contact with a female who I identified as Renae Lilly. Renae had light bruising on her face. I asked her what happened and she stated she was hit by a female wearing a pink sweater and a male wearing a white sweater. London was wearing a pink sweater and a male she was with was wearing a white sweater. I asked them if they had been involved in an altercation with Renae. They both stated they were not, that they got along well with Renae.

I transported Renae to her residence then cleared from the scene. Shortly after I was dispatched to the hospital to transport Mr. Lodge to ADC. I transported him to ADC then went back in service.

| REPORTING OFFICER | DATE | TIME | SUPERVISOR | SECURE | JUVENILE |
|---|---|---|---|---|---|
| Caron, Christopher | 12/12/2015 | 21:52 | Borders, Stephen | No | |

**ASSISTING OFFICERS**

| OFFICERS | UNIT # |
|---|---|
| Borders, Stephen | 66 |
| Aguilar, Brent | 106 |
| Boren, Amanda | 156 |
| Caron, Christopher | 179 |
| Osborn, Douglas | 168 |
| Townsend, Christian | 197 |