STATE OF NEW MEXICO
COUNTY OF CURRY
CITY OF CLOVIS
MAGISTRATE COURT

Incident #15-06600

COPY

v.

No. _____

Seibenthauler Lodge, Defendant.
DOB: 01/18/1983
SSN: 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
Ht: 5' 11"  Wt: 180LBS
DL: 054069892 GA

## CRIMINAL COMPLAINT

CRIME: Aggravated Battery(1 Count)(Misdemeanor)
(*common name of offense or offenses*)

    The undersigned, under penalty of perjury, complains and says that on or about the 1st day of November, 2015, in the State of New Mexico, County of  Curry, City of Clovis, the above-named defendant(s) did: (*here state the essential facts*)

On 11/1/2015 at approximatley 0218 hours I responded to the 800 block of Kathie Dr. in reference to a public affray in progress. Upon my arrival I saw a female subject and a male subject both with blood on them walking east bound with a third female subject covered in blood following them. The male subject, later identified as Seibenthauler Lodge, was wearing a stripped jail costume. I told all subjects to stop moving and the female following the two subjects, later identified as Ambree Hernandez, told me the male in the stripped jail uniform punched her in the face several times with his fist. I told the male to turn around he was going to be detained. The male subject was placed into handcuffs and told me he wanted a lawer. I told the male he did not have to say anything to me if he did not wish to. The male remained silent during the rest of the investigation. I spoke with Ambree again and asked who hit her in the face. Ambree told me again the male in the jail uniform. Ambree's nose was swollen and bleeding from a large cut along the brigde of her nose approximatley 1 inch in length. Ambree's right eye was also swollen and bruised. Ambree had blood on her nose, face, hands, arms, and on her upper torso. Ambree was checked by EMS but refused to be transported. Ambree was told she needed stiches in her nose but still refused the trasport. Ambree continued to bleed from her nose the entire duration I was on scene.  Ambree was asked on another occasion who hit her and she again stated it was Lodge. Lodge had an abrasion on the knuckles of his right hand that could be consistent with punching an object. Lodge was placed under arrest for aggravated battery. Lodge continued to stay silent. Lodge was transported to ADC where he was booked on the above charge.



**EXHIBIT**

C

FORTH ABOVE ARE TRUE TO THE BEST OF MY INFORMATION AND BELIEF. I UNDERSTAND THAT IT IS A CRIMINAL OFFENSE SUBJECT TO THE PENALTY OF IMPRISONMENT TO MAKE A FALSE STATEMENT IN A CRIMINAL COMPLAINT.

_B. Estey_
Complainant

Patrolman #180
Title (*if any*)

Approved:

_SBrdus_
_Sergeant CPD #66_
Title

**If Probable Cause Determination Required:**

[ ]     Probable Cause Found

[ ]     Probable Cause Not Found, and Defendant Released from Custody

Judge: _____

Date: _____

Time: _____

[As amended, effective September 1, 1990; April 1, 1991; November 1, 1991; as amended by Supreme Court Order No.13-8300-020, effective for all cases pending or filed on or after December 31, 2013.]