Official Copy

 **PRESBYTERIAN**

2100 Dr. Martin Luther King Jr
Clovis NM 88101
ED Record

TAYLOR-HERNANDEZ, AMBREE K
MRN: 1774302
DOB: 9/22/1984, Sex: F
Adm: 11/1/2015, D/C: 11/1/2015

## Patient Demographics

| Name | Patient ID | SSN | Sex | Birth Date |
|---|---|---|---|---|
| Taylor-Hernandez, Ambree K | 1774302 | xxx-xx-0843 | Female | 09/22/84 (31 yrs) |

| Address | Phone | EMail | Employer |
|---|---|---|---|
| 3801 E 21st St<br>CLOVIS NM 88101 | 575-763-0786 (H)<br>575-309-4222 (M) | none@xxx.com | CITIZENS BANK - CLOVIS |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | To Pick Need | 11/01/15 | 12/01/15 |

## ED Arrival Information

| Expected | Arrival | Acuity | Means of Arrival | Escorted By | Service | Admission Type |
|---|---|---|---|---|---|---|
| - | 11/1/2015 04:50 | Urgent | Car | FAMILY MEMBER | EMERGENCY | Emergency |

Arrival Complaint
Assault Victim

## Chief Complaint

Assault Victim [1200000149]    "was trying to break up a fight and was punched by a male"

## Diagnoses

Right eye trauma, initial encounter
Facial contusion, initial encounter
Nasal laceration, initial encounter
SAH (subarachnoid hemorrhage)
Nasal bones, closed fracture, initial encounter

## ED Events

| Date/Time | Event | User | Comments |
|---|---|---|---|
| 11/01/15 0450 | Patient arrived in ED | EWING, NICOLE | |
| 11/01/15 0450 | Patient expected in ED | EWING, NICOLE | |
| 11/01/15 0450 | | EWING, NICOLE | |
| 11/01/15 0450 | | EWING, NICOLE | |
| 11/01/15 0454 | Vitals Assessment | GARCIA, PATRICIA | |
| 11/01/15 0454 | Vitals Assessment | GARCIA, PATRICIA | |
| 11/01/15 0455 | Triage Completed | GARCIA, PATRICIA | |
| 11/01/15 0456 | | GARCIA, PATRICIA | |
| 11/01/15 0456 | Secondary Triage Complete | GARCIA, PATRICIA | |
| 11/01/15 0457 | Assign Attending | KARKAVANDIAN, HABIB | Habib H Karkavandian, DO assigned as Attending |
| 11/01/15 0457 | Assign Physician | KARKAVANDIAN, HABIB | |
| 11/01/15 0457 | ED PROV ASSGN OR 1ST TOUCH | KARKAVANDIAN, HABIB | 1 |
| 11/01/15 0500 | Registration Completed | EWING, NICOLE | |
| 11/01/15 0500 | Patient roomed in ED | EWING, NICOLE | To room Acute Care 04 |
| 11/01/15 0505 | CT Ordered | KARKAVANDIAN, HABIB | CT MAXILLOFACIAL WO, CT HEAD WO CONTRAST |
| 11/01/15 0505 | Imaging Exam Ordered | KARKAVANDIAN, HABIB | |
| 11/01/15 0540 | Imaging Exam Started | INTERFACE, RES_GE_IN | |
| 11/01/15 0540 | Imaging Exam Started | INTERFACE, RES_GE_IN | |
| 11/01/15 0540 | Imaging Exam Started | INTERFACE, RES_GE_IN | |
| 11/01/15 0540 | Imaging Exam Started | INTERFACE, RES_GE_IN | |
| 11/01/15 0549 | Imaging Exam Ended | INTERFACE, RES_GE_IN | |
| 11/01/15 0549 | Imaging Exam Ended | INTERFACE, RES_GE_IN | |
| 11/01/15 0553 | Imaging Exam Ended | INTERFACE, RES_GE_IN | |
| 11/01/15 0603 | Imaging Exam Ended | INTERFACE, RES_GE_IN | |
| 11/01/15 0604 | Transfer Disposition Selected | KARKAVANDIAN, HABIB | ED Disposition set to Transfer Out |
| 11/01/15 0604 | Disposition Selected | KARKAVANDIAN, HABIB | |
| 11/01/15 0612 | Imaging Preliminary Result | INTERFACE, RES_GE_IN | CT HEAD WO CONTRAST |
| 11/01/15 0612 | CT Preliminary Result | INTERFACE, RES_GE_IN | (Preliminary result) CT HEAD WO CONTRAST |
| 11/01/15 0612 | Imaging Preliminary Result | INTERFACE, RES_GE_IN | |
| 11/01/15 0612 | CT Final Result | INTERFACE, RES_GE_IN | (Final result) CT HEAD WO CONTRAST |
| 11/01/15 0612 | Imaging Final Result | INTERFACE, RES_GE_IN | |
| 11/01/15 0612 | Imaging Preliminary Result | INTERFACE, RES_GE_IN | CT MAXILLOFACIAL WO |
| 11/01/15 0612 | CT Preliminary Result | INTERFACE, RES_GE_IN | (Preliminary result) CT MAXILLOFACIAL WO |
| 11/01/15 0612 | Imaging Preliminary Result | INTERFACE, RES_GE_IN | |
| 11/01/15 0612 | CT Final Result | INTERFACE, RES_GE_IN | (Final result) CT MAXILLOFACIAL WO |
| 11/01/15 0612 | Imaging Final Result | INTERFACE, RES_GE_IN | |
| 11/01/15 0622 | PRMC Pt Sum Extract | KARKAVANDIAN, HABIB | |

Generated on 11/4/2015 3:21 PM


EXHIBIT
D

Page 1

Official Copy

 **PRESBYTERIAN**

2100 Dr. Martin Luther King Jr
Clovis NM 88101
ED Record

TAYLOR-HERNANDEZ, AMBREE K
MRN: 1774302
DOB: 9/22/1984, Sex: F
Adm: 11/1/2015, D/C: 11/1/2015

### ED Events (continued)

| Date/Time | Event | User | Comments |
|---|---|---|---|
| | Generated | | |
| 11/01/15 0628 | Charting Complete | KARKAVANDIAN, HABIB | |
| 11/01/15 0649 | Transfer Disposition Selected | KARKAVANDIAN, HABIB | |
| 11/01/15 0649 | Disposition Selected | KARKAVANDIAN, HABIB | |
| 11/01/15 0652 | ED Pain Med Ordered | KARKAVANDIAN, HABIB | |
| 11/01/15 0654 | Assign Nurse | MILSTER, CATHERINE | Catherine T Milster, RN assigned as Registered Nurse |
| 11/01/15 0654 | Vitals Assessment | MILSTER, CATHERINE | |
| 11/01/15 0708 | Patient discharged | RENTERIA, SHERRY | |
| 11/01/15 0708 | Patient departed from ED | RENTERIA, SHERRY | |
| 11/01/15 0708 | | RENTERIA, SHERRY | |
| 11/01/15 0708 | | RENTERIA, SHERRY | |
| 11/01/15 0708 | | RENTERIA, SHERRY | |
| 11/01/15 0708 | | RENTERIA, SHERRY | |
| 11/01/15 0708 | Charting Complete | MILSTER, CATHERINE | |

### ED Treatment Team

| Provider | Role | From | To | Phone | Pager |
|---|---|---|---|---|---|
| Habib H Karkavandian, DO | Attending Provider | 11/01/15 0457 | 11/01/15 0708 | 575-769-7335 | |
| Catherine T Milster, RN | Registered Nurse | 11/01/15 0654 | -- | | |

### Discharge Orders

None

### ED Provider Notes

**ED Provider Notes by Habib H Karkavandian, DO at 11/1/2015 6:06 AM**

Author: Habib H Karkavandian, DO
Filed: 11/1/2015 6:28 AM
Editor: Habib H Karkavandian, DO (Physician)
Service: EMERGENCY
Note Time: 11/1/2015 6:06 AM
Author Type: Physician
Status: Addendum
Related Notes:   Original Note by Habib H Karkavandian, DO (Physician) filed at 11/1/2015 6:22 AM

Ambree K Taylor-Hernandez is a 31 y.o female.

**Chief Complaint**
Patient presents with
- Assault Victim
  "was trying to break up a fight and was punched by a male"

### History of Present Illness

**HPI Comments:** Pt was hit to the right side of face/right front headd by another person. Now c/o headache and blurry vision to the right eye.

Patient is a 31 y.o female presenting with eye injury. The history is provided by the patient. No language interpreter was used.
<u>Eye Injury</u>
Location: **R eye**
Quality: **Unable to specify and foreign body sensation**
Severity: **Moderate**
Onset quality: **Sudden**
Duration: **2 hours**
Timing: **Constant**
Progression: **Unchanged**
Chronicity: **New**

Official Copy

 **PRESBYTERIAN**

2100 Dr. Martin Luther King Jr
Clovis NM 88101
ED Record

TAYLOR-HERNANDEZ, AMBREE K
MRN: 1774302
DOB: 9/22/1984, Sex: F
Adm: 11/1/2015, D/C: 11/1/2015

### ED Provider Notes (continued)

ED Provider Notes by Habib H Karkavandian, DO at 11/1/2015 6:06 AM (continued)

Context: **direct trauma**
Context: **not burn, not chemical exposure, not contact lens problem, not foreign body** and **not using machinery**
Relieved by: **Nothing**
Worsened by: **Nothing tried**
Ineffective treatments: **None tried**
Associated symptoms: **blurred vision, decreased vision, headaches** and **nausea**
Associated symptoms: **no inflammation, no itching, no numbness, no photophobia, no redness, no scotomas, no swelling, no tearing, no tingling, no vomiting** and **no weakness**
Risk factors: **conjunctival hemorrhage (minimal)**

### Past History

**Past Medical History**
History reviewed. No pertinent past medical history.

**Past Surgical History**
History reviewed. No pertinent past surgical history.

**Home Medications**
Prior to Admission medications
Not on File

**Allergies**
No Known Allergies

### Review of Systems

Review of Systems
Eyes: Positive for blurred vision. Negative for photophobia, redness and itching.
Gastrointestinal: Positive for nausea. Negative for vomiting.
Neurological: Positive for headaches. Negative for tingling, weakness and numbness.
All other systems reviewed and are negative.

### Physical Exam

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. She appears distressed (mod).
HENT:
Head: Normocephalic.
**(+) S/T/E noted on the right forehead and right orbit Area. (+) 1-2 cm laceration was also noted on the nose.**

Official Copy

 **PRESBYTERIAN**

2100 Dr. Martin Luther King Jr
Clovis NM 88101
ED Record

TAYLOR-HERNANDEZ, AMBREE K
MRN: 1774302
DOB: 9/22/1984, Sex: F
Adm: 11/1/2015, D/C: 11/1/2015

**ED Provider Notes (continued)**

ED Provider Notes by Habib H Karkavandian, DO at 11/1/2015 6:06 AM (continued)

Eyes: Conjunctivae are normal. Right eye exhibits no discharge. Left eye exhibits no discharge. No scleral icterus.
**Right pupil is dilated abut 6 mm, left pupil is normal.**
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales. She exhibits no tenderness.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension. There is no tenderness.
Musculoskeletal: Normal range of motion. She exhibits no edema or tenderness.
Neurological: She is alert and oriented to person, place, and time. No cranial nerve deficit. Coordination normal.
Skin: Skin is warm and dry. She is not diaphoretic.
Nursing note and vitals reviewed.

No annotated images are attached to the encounter.

Procedures

**Assessment & Plan**

**Clinical Impression**
1. **Right eye trauma, initial encounter**
2. Facial contusion, initial encounter
3. Nasal laceration, initial encounter
4. SAH (subarachnoid hemorrhage)
5. Nasal bones, closed fracture, initial encounter

**MDM**

**ED Course**: CT =(+) for SAH between frontal lobes. Case discussed with DR.Dissanike at UMC trauma center. Will transfer the pt.

**Assessment and Plan:** Pt will be transferred.

Official Copy


**PRESBYTERIAN**

2100 Dr. Martin Luther King Jr
Clovis NM 88101
ED Record

TAYLOR-HERNANDEZ, AMBREE K
MRN: 1774302
DOB: 9/22/1984, Sex: F
Adm: 11/1/2015, D/C: 11/1/2015

### ED Provider Notes (continued)

**ED Provider Notes by Habib H Karkavandian, DO at 11/1/2015 6:06 AM (continued)**

**Amount and/or Complexity of Data Reviewed**

Tests in the radiology section of CPT®: reviewed and ordered

Patient progress: stable

### ED Disposition

| Disposition | Comments |
|---|---|
| Transfer Out | Ambree K Taylor-Hernandez should be transferred out to UMC/ Dr. Dissanaike |

Habib H Karkavandian, DO
11/01/15 0628

Electronically signed by Habib H Karkavandian, DO on 11/1/2015 6:28 AM

### ED Notes

**ED Notes by Sherry A Renteria, RN at 11/1/2015 6:30 AM**

Author: Sherry A Renteria, RN
Filed: 11/1/2015 6:31 AM
Editor: Sherry A Renteria, RN (Registered Nurse)
Service: EMERGENCY
Note Time: 11/1/2015 6:30 AM
Author Type: Registered Nurse
Status: Signed

Patient has finished her Morgan lens rinse, is sitting up in bed at this time and her mother has left to get on her way to Lubbock. Voiced no further concerns.

Electronically signed by Sherry A Renteria, RN on 11/1/2015 6:31 AM

**ED Notes by Sherry A Renteria, RN at 11/1/2015 5:00 AM**

Author: Sherry A Renteria, RN
Filed: 11/1/2015 5:03 AM
Editor: Sherry A Renteria, RN (Registered Nurse)
Service: EMERGENCY
Note Time: 11/1/2015 5:00 AM
Author Type: Registered Nurse
Status: Signed

Patient was punched in the face X2 states she is unsure but thinks she passed out, had glasses on when was punched and states she thinks she may have something in right eye, has a small laceration to the bridge of her nose a bruise on left inner arm near axillary area. She does have ETOH on board at this time. Was evaluated at the scene, patients right eye pupil is dilated much more than left eye.

Electronically signed by Sherry A Renteria, RN on 11/1/2015 5:03 AM

### ED Orders

| Start | | Status | Ordering Provider |
|---|---|---|---|
| 11/01/15 0700 | morphine 2 mg/mL injection 4 mg  Once | Last MAR action: Given - by RENTERIA, SHERRY on 11/01/15 at 0700 | KARKAVANDIAN, HABIB H |