IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SEIBENTHAULER LODGE,

        Plaintiff,

                                                      2:17-cv-01180-JTM-KRS

v.

CITY OF CLOVIS, *et al.*,

        Defendants.

## FINAL JUDGMENT

Having granted summary judgment in favor of Defendants on all claims in Plaintiff's complaint in a Memorandum Opinion and Order dated September 24, 2019, (Doc. 31),

**THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES** that judgment is entered in favor of Defendants and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

                                                /s/J. Thomas Marten_____
                                                THE HONORABLE J. THOMAS MARTEN
                                                UNITED STATES DISTRICT JUDGE